UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:23-cv-62275-WPD

SHENZHEN DEJIAYUN NETWORK
TECHNOLOGY CO., LTD., a Chinese Corporation,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____

### ORDER SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION

THIS CAUSE came before the Court upon Plaintiff Shenzhen Dejiayun ("Plaintiff")'s Motion for Entry of a Preliminary Injunction (the "Application") [DE 20], filed herein on January 29, 2024. The Court has carefully reviewed the Application and the record and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Pursuant to Federal Rule of Civil Procedure 65(c), the **BOND** in the amount of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00) posted by Plaintiff on January 25, 2024 in support of Plaintiff's motion for temporary restraining order, as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, *see* [DE 19], **SHALL REMAIN** in the Court registry for purposes of the instant Application for preliminary injunction;

2.    A **HEARING** is set before this Court on **Friday, February 9, 2024 at 10:15 A.M.**, in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida, at which time Defendants and/or any other affected persons may challenge the appropriateness of

this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested preliminary injunction;

3. Plaintiff shall serve a copy of the Application [DE 20] and this Order on each Defendant by the method(s) approved by the Court in its January 9, 2024 Sealed Order Authorizing Alternate Service of Process or by other means reasonably calculated to give notice which is permitted by the Court;

4. Any response or opposition to Plaintiff's Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel by **February 5, 2024**. Plaintiff shall file any Reply Memorandum on or before **February 7, 2024**. The above dates may be revised upon stipulation by all parties and approval of this Court. Defendants are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1117(a), Fed. R. Civ. P. 65, The All Writs Act, 28 U.S.C. § 1651(a), and this Court's inherent authority.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of January, 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record