UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:23-cv-62275-WPD

SHENZHEN DEJIAYUN NETWORK
TECHNOLOGY CO., LTD., a Chinese Corporation,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____

**FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Final Judgment by Default as to Certain Defendants (the "Motion") [DE 36], filed herein on February 28, 2024. The Motion was granted in part with respect to Defendants numbered in Schedule "A" to the Complaint and attached hereto, 1-15, 17, 19, 22-25, 27-30, 32, 34-36, and 38-39 ("Defaulting Defendants") by a separate order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate Final Default Judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of the Plaintiff, Shenzhen Dejiayun Network Technology Co. Ltd., and against Defaulting Defendants as follows:

    a. **Permanent Injunctive Relief:**

        i. Each Defaulting Defendant listed on Schedule A attached hereto, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant

1

having notice of this Order are hereby permanently restrained and enjoined from:

1. using Plaintiff's registered trademark in marketing, advertising, soliciting, selling or offering for sale, derivative or directly, which is not directly authorized by Plaintiff;

2. further infringing on the BAGILAANOE Mark;

ii. Each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant and those with notice of this Permanent Injunction, including, without limitation, all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to Walmart, Inc., sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, and Internet search engines such as Google, Bing and Yahoo (collectively, the "Third Party Providers") and their related companies and affiliates on which this Court imposed restraints under the Preliminary Injunction shall:

1. immediately and permanently discontinue the use of the Plaintiff's Mark, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based ecommerce stores operating under the Seller IDs;

2

2. apply any funds currently in Defaulting Defendants' financial accounts to satisfy the monetary judgments.

b. **Statutory damages** in favor of the Plaintiff pursuant to 15 U.S.C. § 1117(c) are determined to be $200,000.00 against each Defendant, for which let execution issue, based upon the Court's finding that the Defendants infringed on Plaintiff's registered trademark. The Court considered both the willfulness of the Defendants' conduct and the deterrent value of the award imposed, and the award falls within the permissible statutory range under 15 U.S.C. § 1117(c).

c. All funds currently restrained or held on account for all the Defendants by all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including, but not limited to, Walmart, Inc., ("Walmart") PayPal, Inc., ("PayPal"), Payoneer, Inc. ("Payoneer") and their related companies and affiliates, are to be immediately (within five (5) business days) transferred by the previously referred to financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms and by the Defendant, to the Plaintiff and/or the Plaintiff's counsel in partial satisfaction of the monetary judgment entered herein against each Defendant. All financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to Walmart, PayPal, Payoneer and their related companies and affiliates shall provide to the Plaintiff at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals

      deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to the Plaintiff.

   d. Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

2. The Court orders execution to issue for this Final Default Judgment.

3. The Court retains jurisdiction to enforce this Final Default Judgment.

4. The Court denies all relief not granted in this Final Default Judgment.

5. To the extent not otherwise disposed of, any pending motions as to Defaulting Defendants are **DENIED AS MOOT** and all pending deadlines as to Defaulting Defendants are **TERMINATED**.

6. This case shall remain **OPEN AND PENDING** as to Defendants 16, 18, 20, 21, 26, 31, 33, 37, 40, and 41.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of March, 2024.

Copies furnished to:
Counsel of Record

WILLIAM P. DIMITROULEAS
United States District Judge

(Schedule A on following page)

| Def. No. | Platform | Store Name |
|---|---|---|
| 1 | Walmart | absuyy LLC |
| 2 | Walmart | Allatever |
| 3 | Walmart | BARBARIZAT |
| 4 | Walmart | Bnwani Store |
| 5 | Walmart | BTJXK STORE |
| 6 | Walmart | CFox Co.ltd |
| 7 | Walmart | Cryptic |
| 8 | Walmart | CSun Co.ltd |
| 9 | Walmart | DEITY |
| 10 | Walmart | EAGLE |
| 11 | Walmart | FS MALL |
| 12 | Walmart | Get rich |
| 13 | Walmart | Good friend store |
| 14 | Walmart | GUANG ZHOU SHI MA LONG JING MAO YOU XIAN Co.ltd |
| 15 | Walmart | Guyueyu Co.,ltd |
| 17 | Walmart | HOMEDLES Co.Ltd |
| 19 | Walmart | LBYUINBG |
| 22 | Walmart | LUNE |
| 23 | Walmart | meituanyouxuan |
| 24 | Walmart | Ornament Co.Ltd |
| 25 | Walmart | Passion Co.ltd |

| 27 | Walmart | Pro Seller |
| --- | --- | --- |
| 28 | Walmart | Prominence store |
| 29 | Walmart | Ricardo M. Lu |
| 30 | Walmart | Sayuri |
| 32 | Walmart | shenzhenshijingrumeng |
| 34 | Walmart | Sixteen Store |
| 35 | Walmart | Sunton |
| 36 | Walmart | Sweetheart Island |
| 38 | Walmart | Wissdoom Green Industrial Trade Inc |
| 39 | Walmart | Xiaoxin Store |